IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

EVODC, LLC, *d/b/a* EVOCATIVE,
*f/k/a* VPLS, INC.,
    Plaintiff,

v.                                             Civil No. 1:23cv678 (DJN)

RELIANT MANAGEMENT
CONSULTANT, L.L.C.,
    Defendant.

## ORDER
### (Adopting Report and Recommendations)

This matter comes before the Court on the Report and Recommendations of United States Magistrate Judge William E. Fitzpatrick, entered on February 26, 2024. (ECF No. 21.) The time to file objections to the Report and Recommendations has expired, and no party has objected. The Court has considered the Report and Recommendations and has found no clear error.[1]

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS as follows:

1. The Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendations (ECF No. 21) as its own.

2. The Court hereby GRANTS Plaintiff's Motion for Default Judgment (ECF No. 15) in the amount of **$87,343.29**, comprising $76,999.99 in compensatory damages and $10,343.30 in

---

[1] In the absence of objections to a magistrate judge's report, a court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

attorneys' fees and costs, and subject to post-judgment interest in accordance with (and calculated pursuant to) 28 U.S.C. § 1961.

 3. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court hereby ENTERS default judgment in favor of Plaintiff and against Defendant on the Complaint (ECF No. 1).

 This case is now CLOSED.

 Let the Clerk enter Rule 58 judgment in favor of Plaintiff and against Defendant, file a copy of this Order electronically, and notify all counsel of record.

 It is SO ORDERED.

Alexandria, Virginia
Date: March 13, 2024

/s/
David J. Novak
United States District Judge