# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| EVODC, LLC, d/b/a Evocative, f/k/a VPLS, Inc.<br><br>　　　Plaintiff,<br><br>v.<br><br>Reliant Management Consultant, L.L.C.<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-00678<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 03/13/2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff EVODC LLC and against the Defendant Reliant Management Consultant, L.L.C. in the amount of $87,343.29, comprising $76,999.99 in compensatory damages and $10,343.30 in attorneys' fees and costs, and subject to post-judgment interest in accordance with (and calculated pursuant to) 28 U.S.C. § 1961.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 03/13/2024
Alexandria, Virginia